# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140606

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSHUA JONES,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140606
COA: 293988
Wayne CC: 04-009115

On order of the Court, the application for leave to appeal the December 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk

s0830